No. 743. FARMERS PEANUT CO. *v.* MONARCH REFRIGERATING CO. April 8, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. W. D. Pruden* and *P. W. McMullan* for petitioner. *Mr. F. S. Spruill* for respondent.

No. 744. BLUM *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE;

No. 745. ALSTRIN *v.* SAME;

No. 746. BENJAMIN F. STEIN *v.* SAME; and

No. 747. L. MONTEFIORE STEIN *v.* SAME. April 8, 1935. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. S. Sidney Stein* and *Preston B. Kavanagh* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris, Lucius A. Buck,* and *J. P. Jackson* for respondent.

No. 748. WAMPLER *v.* HILL, WARDEN. April 8, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Wm. E. Leahy* and *Wm. J. Hughes, Jr.,* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris, John H. McEvers,* and *Earl C. Crouter* for respondent.

No. 749. DWIGHT BROS. PAPER CO. ET AL. *v.* GRIGSBY-GRUNOW CO. April 8, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Julius Moses* for petitioners. *Mr. Isaac B. Lipson* for respondent.